IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| SOUHAILA AYADI GADDIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2207 |
| | ) | |
| GMRI, INC. d/b/a RED LOBSTER, | ) | |
| | ) | |
| Defendant. | ) | |

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 17 2005

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendant, GMRI, Inc., d/b/a Red Lobster, and Plaintiff, Souhaila Ayadi Gaddis, file this Stipulation of Dismissal, hereby dismissing with prejudice all claims and matters before this court, each party to bear its own costs.

Respectfully submitted,

_____
James Filyaw
P. O. Box 1177
Fort Smith, AR  72902
Telephone:  (479) 783-3390
Facsimile:  (479) 783-6223

Attorney for Plaintiff

FORD & HARRISON LLP

795 Ridge Lake Boulevard, Suite 300
Memphis, Tennessee 38120
Telephone:   (901) 291-1500
Facsimile:   (901) 291-1501

By: _____
Delaine R. Smith
David A. Prather

Attorneys for Defendant, GMRI, Inc. d/b/a
Red Lobster

2